UNITED STATES of America,
Plaintiff–Appellee,

v.

Eric LYNN, Defendant–Appellant.

No. 10–14327
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

June 24, 2011.

Thomas F. Kirwin, Michael Thomas Simpson, U.S. Attorney's Office, Tallahassee, FL, Pamela A. Moine, Lennard B. Register, III, U.S. Attorney's Office, Pensacola, FL, for Plaintiff–Appellee.

William Rourk Clark, Jr., Gwendolyn L. Spivey, Randolph P. Murrell, Federal Public Defender's Office, Tallahassee, FL, for Defendant–Appellant.

Before BARKETT, PRYOR and BLACK, Circuit Judges.

PER CURIAM:

Gwendolyn Spivey, appointed counsel for Eric Lynn in this appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is

GRANTED, and Lynn's revocation of supervised release and resulting sentence are AFFIRMED.